UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 6:19-CR-68-REW-HAI |
| v. | ) | |
| | ) | |
| DANNY LEE GRIFFIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on the Recommended Disposition (DE #124) of United States Magistrate Judge Hanly A. Ingram, addressing whether Defendant Danny Griffin is competent to stand trial pursuant to 18 U.S.C. §§ 4241 and 4247(d). Based on the psychiatric evaluation by Dr. Jessica Micono (DE #101) and Defendant's and his counsel's representations at the competency hearing (*see* DE #123, Minutes), Judge Ingram recommended that the Court find Griffin competent to proceed. *See* DE #124 at 5. The recommendation, filed on June 9, 2020, advised the parties that any objections must be filed within five days of its entry. *Id.* Defendant affirmatively stated that he has no objection to recommendation adoption (DE #125); nor has the Government objected, and the time to do so has expired.[1]

This Court reviews *de novo* those portions of the Recommended Disposition to which a party objects. 28 U.S.C. § 636(b)(1). But, the Court is not required to "review . . . a magistrate[] [judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985). Where the parties do not

---

[1] Given the intervening weekend, the Government's final day to object fell on June 15, 2020. *See* LCrR 45.2.

1

object to the magistrate judge's recommendation, they waive any right to review. *See* Fed. R. Crim. P. 59(b)(2); *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017) ("When a party . . . fails to lodge a specific objection to a particular aspect of a magistrate judge's report and recommendation, we consider that issue forfeited on appeal."); *see also United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008) (noting that "[t]he law in this Circuit is clear" that a party who fails to object to a magistrate judge's recommendation forfeits his right to appeal its adoption). The Court independently agrees with Judge Ingram's assessment.

Accordingly, the Court **ADOPTS** the Recommended Disposition (DE #124) and **FINDS** Griffin competent to face further proceedings in this matter, including trial.

This the 17th day of June, 2020.

Signed By:
*Robert E. Wier* /s/ REW
United States District Judge